FILED
2015 Aug-31  PM 02:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

DARRIOUS MABRY,              )
                                   )
              Plaintiff       )
                                   )
      vs.                      )      Case No.  4:13-cv-00199-KOB-HGD
                                   )
MATTHEW MOORE, et al.,     )
                                   )
            Defendants   )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 6, 2015 (doc. 37), recommending that the court grant the defendants' motion for summary judgment on both the plaintiff's excessive force and supervisor liability claims (docs. 27 & 31). The court gave the parties fourteen days to file objections and advised them that the failure to file such objections would bar any later challenge or review of the *factual* findings of the magistrate judge.  No party filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation to grant the defendants' motion for summary judgment.  The court EXPRESSLY finds that no genuine issues of

material fact exist and that the defendants are entitled to judgment as a matter of law on all of the plaintiff's claims.

Accordingly, the court finds that the defendants' motion for summary judgment is due to be **GRANTED**.

The court will enter a Final Judgment.

DONE and ORDERED this 31st day of August, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE